UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

In the matter of

**GARY BRUBAKER**
**BARBARA BRUBAKER**

Debtor(s)

Case No. **08-56368**

Chapter 7

Judge **Charles M. Caldwell**

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$_162.00__ represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Check NO.** | **Amount of Dividend** |
|---|---|---|
| **First National Bank of Omaha**<br>**1620 Dodge St.**<br>**Stop Code 3105**<br>**Omaha, NE  68197** | **8** | **$162.00** |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $162.00 |

Dated:   4/14/2010

/s/ SUSAN L. RHIEL

Susan L. Rhiel

cc: U.S. Trustee